# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| TYRONE HENSLEY<br>D.O.C. #100928 | CIVIL ACTION NO. 05-1385-L<br>SECTION P |
| VS. | CHIEF JUDGE HAIK |
| WARDEN BURL CAIN | MAGISTRATE JUDGE METHVIN |

## REPORT AND RECOMMENDATION

Before the court is a petition for writ of *habeas corpus* (28 U.S.C. § 2254) filed by *pro se* petitioner Tyrone Hensley on July 28, 2005. Hensley is an inmate in the custody of Louisiana's Department of Public Safety and Corrections. He is incarcerated at the Louisiana State Penitentiary, Angola where he is serving consecutive twenty-five year sentences imposed following his 1991 convictions for armed robbery in the Fifteenth Judicial District Court, Acadia Parish, Louisiana.

This matter has been referred to the undersigned for review, report, and recommendation in accordance with the provisions of 28 U.S.C. § 636 and the standing orders of the court.

## STATEMENT OF THE CASE

Petitioner attacks his 1991 convictions for two counts of armed robbery in the matter of *State of Louisiana v. Joseph Brooks*, 15th Judicial District Court, Acadia Parish, Docket Nos. 44592 and 44593. Petitioner's sole claim for relief is that he "... was denied his Sixth and Fourteenth Amendment rights ... when the State relied upon false and erroneous information in the pre-sentence report in determining his sentence..." [Doc. 1-1, p. 5]

Petitioner filed a prior *habeas corpus* petition attacking this same conviction in 1997. See

*Tyrone Hensley v. Warden, L.S.P.*, No. 6:97-cv-00968, United States District Court, Western District of Louisiana, Lafayette-Opelousas Division. The petition was dismissed with prejudice on April 29, 1998. [See *Hensley v. Warden, supra*, at Doc. 15] His request for a Certificate of Appealability was denied by the United States Fifth Circuit Court of Appeals on November 30, 1998. [*id.*, at Doc. 21; see also *Hensley v. Cain*, No. 98-30504 (5th Cir. 1998)].

On May 30, 2002, Hensley sought authorization to file a successive application for writ of *habeas corpus* from the Fifth Circuit Court of Appeals. On July 9, 2002, authorization was denied. See *In Re: Tyrone Hensley*, United States Fifth Circuit Court of Appeals, Docket No. 02-30549.

## LAW AND ANALYSIS

The petition currently before the court is a second or successive petition under 28 U.S.C. §2244. "It is clear that an application filed after a previous application was fully adjudicated on the merits is a second or successive application within the meaning of 28 U.S.C. §2244(b), even if it contains claims never before raised." *Graham v. Johnson*, 168 F.3d 762, 774 fn. 7 (5th Cir. 1999) citing *Felker v. Turpin*, 518 U.S. 651, 655-58, 662-63, 116 S.Ct. 2333, 135 L.Ed.2d 827 (1996).

Before this petition may be considered by this court, petitioner is required to obtain authorization to file this second or successive petition from the Fifth Circuit in accordance with 28 U.S.C. §2244(b)(3) which provides in part, "[b]efore a second or successive application permitted by this section [§2254] is filed in the district court, the applicant shall move in the appropriate court of appeals for an order authorizing the district court to consider the application." The record does not show that petitioner has received such authorization. Until

such time as petitioner obtains said authorization, this court is without jurisdiction to proceed.

In *In Re Epps*, 127 F.3d 364 (5${}^{th}$ Cir. 1997), the Fifth Circuit adopted a specific procedure to be employed when a successive petition is transferred from a district court. *Epps* implies that the transfer of successive *habeas corpus* petitions to the Fifth Circuit for consideration under §2244 is proper. Thus, the court finds that this petition should be transferred to the Fifth Circuit.

Accordingly,

**IT IS RECOMMENDED** that plaintiff's second and successive Application for Writ of *Habeas Corpus* be transferred to the United States Fifth Circuit Court of Appeals in accordance with 28 U.S.C. §2244(b)(3) for further proceedings by that Court.

Signed at Lafayette, Louisiana, on October 28, 2005.

Mildred E. Methvin
United States Magistrate Judge
800 Lafayette St., Suite 3500
Lafayette, Louisiana 70501
(337) 593-5140 (phone) 593-5155 (fax)