RECEIVED
OCT 28 2005
ROBERT ..., CLERK
WESTERN ... OF LOUISIANA
LAFAYETTE, LOUISIANA

RECEIVED
DEC - 8 2005

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| TYRONE HENSLEY | CIVIL ACTION NO. 05-1385-L |
| D.O.C. #100928 | SECTION P |
| VS. | CHIEF JUDGE HAIK |
| WARDEN BURL CAIN | MAGISTRATE JUDGE METHVIN |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that plaintiff's second and successive Application for Writ of *Habeas Corpus* be and it is transferred to the United States Fifth Circuit Court of Appeals in accordance with 28 U.S.C. §2244(b)(3) for further proceedings by that Court.

**THUS DONE AND SIGNED**, in chambers, in Lafayette, Louisiana, on this _____ day of December, 2005.

RICHARD T. HAIK, SR.
CHIEF JUDGE